# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ADAM CHASTEEN, | : | Case No. 3:13-cv-37 |
| Plaintiff, | : | District Judge Thomas M. Rose |
| -vs- | : | Magistrate Judge Michael R. Merz |
| LAWRENCE MACK, et al., | : | |
| Defendants. | : | |

## ORDER TO PRO SE PLAINTIFF UPON FILING OF MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT

You are hereby notified that Defendants Croft, Eleby, Moore, Parks and Shoemaker filed with the Court on April 24, 2013, a motion to dismiss in this case [Doc # 26]. You should receive a copy of the motion directly from Defendants.

Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (April 24, 2013) within which to file a response to this motion, plus an extra three days because of the way the motion was sent to you.   Since your response date falls on a Saturday, your time to file your response with the Court is not later than May 20, 2013.

April 25, 2013.

*s/Michael R. Merz*
United States Magistrate Judge