# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ADAM CHASTEEN,

      Plaintiff,      :      Case No. 3:13-cv-37

                                      District Judge Thomas M. Rose
   -vs-                                Magistrate Judge Michael R. Merz
                                 :

LAWRENCE MACK, et al.,

      Defendants.

## RECOMMITTAL ORDER

This case is before the Court on Plaintiff's Objections (Doc. No. 32) to the Magistrate Judge's Report and Recommendations (Doc. No. 31). Defendants' time to respond to those Objections as permitted by Fed. R. Civ. P. 72 has not yet expired.

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and Response and making recommendations based on that analysis.

June 11, 2013.                                                            s/*Thomas M. Rose*

                                                                     Thomas M. Rose
                                                              United States District Judge